# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1279
LT Case No. 2018-DR-000210

_____

JOHN MICHAEL MCCLUNG,

Appellant,

v.

BRENNAN COLEEN MCCLUNG,

Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Carol A. Falvey, Judge.

John Michael McClung, Inverness, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____